UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAQUINALES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SPEARMAN,<br><br>　　　　　Respondent. | No. 2:19-cv-1242 CKD P<br><br><br>ORDER |

On November 22, 2019, respondent filed a motion to dismiss. Petitioner has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall file an opposition to the pending motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: December 9, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
maqu1242.146